**Order entered September 27, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00139-CR
## No. 05-18-00141-CR

**DENNIS EARL SIMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. M16-14174-M and M16-14175-M**

## ORDER

Before the Court is the State's second motion for an extension of time to file its brief, which was filed on September 24, 2018. The State's brief was received by the Court on September 24, 2018. This case is set for oral argument on October 9, 2018 at 9 a.m.

The Court **GRANTS** the State's September 24, 2018 second motion for an extension of time to file its brief. *See* TEX. R. APP. P. 38.6(d). The Court **ORDERS** State's reply brief filed as of the date of this order.

/s/    DOUGLAS S. LANG
         PRESIDING JUSTICE